UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

GENEVA LEMA,

        Plaintiff,

   v.

LA TERRAZA, INC.; THE MORSE BUILDING, LCC; and DOES 1 through 50, Inclusive,

        Defendants.

                                  /

NO. CIV. 2:10-3063 WBS DAD

----oo0oo----

**AMENDED** STATUS (PRETRIAL SCHEDULING) ORDER

After reviewing parties' Joint Scheduling Report, the court hereby vacates the Status (Pretrial Scheduling) Conference scheduled for April 18, 2011.

    I.   <u>SERVICE OF PROCESS</u>

The named defendants have been served and no further service is permitted without leave of court, good cause having been shown under Federal Rule of Civil Procedure 16(b).

    II.   <u>JOINDER OF PARTIES/AMENDMENTS</u>

1

1          Plaintiff seeks leave to amend the complaint.
2    Plaintiff may file an amended complaint within twenty days of the
3    date of this order.
4          Except as provided above, no further joinder of parties
5    or amendments to pleadings will be permitted except with leave of
6    court, good cause having been shown under Federal Rule of Civil
7    Procedure 16(b).  See Johnson v. Mammoth Recreations, Inc., 975
8    F.2d 604 (9th Cir. 1992).
9          III.  JURISDICTION/VENUE
10         Jurisdiction is predicated upon federal question
11   jurisdiction, 28 U.S.C. § 1331, because plaintiff has brought a
12   claim under the Americans with Disabilities Act, 42 U.S.C. §§
13   12101-12183.  Venue is undisputed and is hereby found to be
14   proper.
15         IV.   DISCOVERY
16         The parties shall serve the initial disclosures
17   required by Federal Rule of Civil Procedure 26(a)(1) by no later
18   than June 20, 2011.
19         The parties shall disclose experts and produce reports
20   in accordance with Federal Rule of Civil Procedure 26(a)(2) by no
21   later than September 19, 2011.  With regard to expert testimony
22   intended solely for rebuttal, those experts shall be disclosed
23   and reports produced in accordance with Federal Rule of Civil
24   Procedure 26(a)(2) on or before October 17, 2011.
25         The parties have requested changes to the standard
26   discovery procedures, which the court grants according to Federal
27   Rule of Civil Procedure 26(b)(2)(A).  The maximum number of
28   interrogatories from one party to another party shall be fifty.

The maximum number of requests for admission from one party to another party shall be fifty.

All discovery, including depositions for preservation of testimony, is left open, save and except that it shall be so conducted as to be <u>completed</u> by January 30, 2012.  The word "completed" means that all discovery shall have been conducted so that all depositions have been taken and any disputes relevant to discovery shall have been resolved by appropriate order if necessary and, where discovery has been ordered, the order has been obeyed.  All motions to compel discovery must be noticed on the magistrate judge's calendar in accordance with the local rules of this court and so that such motions may be heard (and any resulting orders obeyed) not later than January 30, 2012.

### V.  MOTION HEARING SCHEDULE

All motions, except motions for continuances, temporary restraining orders, or other emergency applications, shall be filed on or before February 28, 2012.  All motions shall be noticed for the next available hearing date.  Counsel are cautioned to refer to the local rules regarding the requirements for noticing and opposing such motions on the court's regularly scheduled law and motion calendar.

### VI.  FINAL PRETRIAL CONFERENCE

The Final Pretrial Conference is set for April 30, 2012, at 2:00 p.m. in Courtroom No. 5.  The conference shall be attended by at least one of the attorneys who will conduct the trial for each of the parties and by any unrepresented parties.

Counsel for all parties are to be fully prepared for trial at the time of the Pretrial Conference, with no matters

remaining to be accomplished except production of witnesses for oral testimony.  Counsel shall file separate pretrial statements, and are referred to Local Rules 281 and 282 relating to the contents of and time for filing those statements.  In addition to those subjects listed in Local Rule 281(b), the parties are to provide the court with: (1) a plain, concise statement which identifies every non-discovery motion which has been made to the court, and its resolution; (2) a list of the remaining claims as against each defendant; and (3) the estimated number of trial days.

In providing the plain, concise statements of undisputed facts and disputed factual issues contemplated by Local Rule 281(b)(3)-(4), the parties shall emphasize the claims that remain at issue, and any remaining affirmatively pled defenses thereto.  If the case is to be tried to a jury, the parties shall also prepare a succinct statement of the case, which is appropriate for the court to read to the jury.

## VII. TRIAL SETTING

The trial is set for June 26, 2012, at 9:00 a.m.  The parties estimate that the trial will last two court days.

## VIII. SETTLEMENT CONFERENCE

The parties requested an early settlement conference before the assigned Magistrate Judge.  The parties are hereby notified that a Settlement Conference is set before the Hon. Dale A. Drozd, Magistrate Judge, on June 30, 2011, at 10:00 a.m. in Courtroom 27, 8th Floor.  Each party is directed to have a principal capable of disposition at the Settlement Conference or to be fully authorized to settle the matter on any terms at the

4

Settlement Conference. The parties are directed to submit confidential settlement conference statements on or before June 23, 2011, to the following e-mail address: dadorders@caed.uscourts.gov. Such statements are not to be filed with the clerk, although the parties may agree, or not, to serve each other with the settlement statements. However, each party shall e-file a one page document entitled Notice of Submission of Confidential Settlement Conference Statement." If the settlement judge is not the trial judge, the Confidential Settlement Conference Statement shall not be disclosed to the trial judge.

## IX. MODIFICATIONS TO SCHEDULING ORDER

Any requests to modify the dates or terms of this Scheduling Order, except requests to change the date of the trial, may be heard and decided by the assigned Magistrate Judge. All requests to change the trial date shall be heard and decided only by the undersigned judge.

DATED: April 21, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE