```
 1
 2
 3
 4
 5
 6                    UNITED STATES DISTRICT COURT
 7                   EASTERN DISTRICT OF CALIFORNIA
 8                           ----oo0oo----
 9  NEVA LEMA,
10         Plaintiff,              CIV. NO. 2:10-03063 WBS DAD
11  vs.
12  LA TERRAZA, INC.; THE MORSE
13  BUILDING, LLC; and DOES 1
    through 50, Inclusive,
14
         Defendants.
15  _____/
16
    RANDY LEMA,
17
         Plaintiffs,               CIV. NO. 2:11-01205 KJM DAD
18  vs.
19
    LA TERRAZA, INC.; THE MORSE
20  BUILDING, LLC; and DOES 1
    through 50, Inclusive,
21
         Defendants.
22  _____/
23                           ----oo0oo----
24         Examination of the above-entitled actions reveals that
25  these actions are related within the meaning of Local Rule
26  123(a) because the defendants in both cases are the same, the
27  plaintiff in the first case is the father of the plaintiff in
28  the second case, and both cases involve similar claims.
```

Accordingly, the assignment of the matters to the same judge is likely to effect a substantial saving of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that both actions are assigned to the same judge; no consolidation of the actions is effected.  Under the regular practice of this court, related cases are generally assigned to the judge and magistrate to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the actions denominated Lema v. La Terraza, Inc. et al., Civ. No. 2:10-03063 WBS DAD and Lema v. La Terraza, Inc. et al., Civ. No. 2:11-01205 KJM DAD, be, and the same hereby are, deemed related and the case denominated Lema v. La Terraza, Inc. et al., Civ. No. 2:11-01205 KJM DAD, shall be reassigned to the Honorable WILLIAM B. SHUBB and Magistrate Judge Dale A. Drozd for all further proceedings. Any dates currently set in the reassigned case only are hereby VACATED.  Henceforth, the caption on documents filed in the reassigned case shall be shown as Lema v. La Terraza, Inc. et al., Civ. No. 2:11-01205 WBS DAD.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriated adjustment in the assignment of civil cases to compensate for this reassignment.

DATED:  May 13, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE