Thimesch Law Offices
TIMOTHY S. THIMESCH, ESQ., No. 148213
158 Hilltop Crescent
Walnut Creek, CA 94597
Tel: (925) 588-0401
Fax: (888) 210-8868
tim@thimeschlaw.com

Attorneys for Plaintiff NEVA LEMA

TONY NEVAREZ, ESQ., No. 125664
Attorney at Law
   tonynevarez@att.net
225 30th Street, Suite 306
Sacramento, CA  95816
PH: (916) 444-2458
Fax: (916) 444-6909

Attorney for Defendants LA TERRAZA, INC.; and THE MORSE BUILDING LLC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEVA LEMA,<br><br>      Plaintiff,<br><br>v.<br><br>LA TERRAZA, INC.; THE MORSE BUILDING, LLC, and DOES 1 through 50, Inclusive,<br><br>      Defendants.<br>_____/ | CASE NO. 2:10-CV-03063-WBS-DAD<br>Civil Rights<br><br>**STIPULATION AND ORDER CONTINUING SETTLEMENT CONFERENCE** |

**TO THE COURT:**

By the Order dated April 27, 2011, this Court referred this matter to a Settlement Conference before the Honorable Dale A. Drozd, which is presently scheduled for July 21 at 10 AM. The Parties respectfully request that the Court permit the Settlement Conference to be rescheduled to July 28, 2011 at

11:30 AM.  They checked this date with Judge Drozd's chambers and confirmed its availability.  The continuance is sought to allow Defendants additional time to prepare on an issue central to reaching resolution.  Defendants represent that they recently engaged ADA Accrediting and Consulting on this issue.

**SO STIPULATED.**

Dated: July 14, 2011        TIMOTHY S. THIMESCH
                            THIMESCH LAW OFFICE

                            _____
                            Attorneys for Plaintiff
                            NEVA LEMA

Dated: July 14, 2011        TONY NEVAREZ
                            LAW OFFICES

                            /s/ Authorized Signed
                            _____
                            Attorneys for Defendants
                            LA TERRAZA, INC.; and THE MORSE
                            BUILDING LLC
                            **ORDER**

The request for continuance is granted, and the Settlement Conference is continued to July 28, 2011, at 11:30 AM.  The parties' Confidential Settlement Conference Statements shall be submitted to dadorders@caed.uscourts.gov on or before July 21, 2011, and a Notice of Submission of Confidential Settlement Statement shall be filed with the court on the same date.

IT IS SO ORDERED.

**Date:  7/14/2011**

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.civil\lema3063.stipord.cont.settconf